IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MUHAMMED QASIM, *et al.*, | ) |
| | ) |
| Petitioners, | ) |
| | ) |
| v. | ) Civil Action No. 05-CV-1779 (JDB) |
| | ) |
| GEORGE W. BUSH, | ) |
| President of the United States, | ) |
| *et al.*, | ) |
| | ) |
| Respondents. | ) |
| | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2005, copies of the foregoing were transmitted via

Federal Express to counsel for petitioner:

> John Chamberlain
> 1399 Franklin Avenue, Suite 202
> Garden City, NY 11530
> (516) 248-2440

> /s/ Preeya M. Noronha
> PREEYA M. NORONHA
> United States Department of Justice
> Civil Division, Federal Programs Branch
> 20 Massachusetts Ave., N.W.   Room 7226
> Washington, DC  20530
> Tel.:  (202) 514-3338
> Fax:  (202) 616-8202

> One of the Attorneys for Respondents