IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MUHAMMED QASIM, *et al.*, | ) |
| | ) |
| *Petitioners/Plaintiffs*, | ) |
| | )   Civ. Action No. 05-1779 (JDB) |
| | ) |
| v. | )   NOTICE OF APPEARANCE |
| | ) |
| | ) |
| GEORGE W. BUSH, *et al.*, | ) |
| | ) |
| *Respondents/Defendants.* | ) |

PLEASE TAKE NOTICE that the undersigned counsel will represent Petitioner MUHAMMED QASIM and ISA ALI AL-MURBATI in this matter. Service upon counsel may be made to:

>   Gitanjali S. Gutierrez, Esq.
>   **CENTER FOR CONSTITUTIONAL RIGHTS**
>   666 Broadway, 7th Floor
>   New York, NY 10012
>   Tel.: (212) 614-6485
>   Fax: (212) 614-6499
>   E-mail: ggutierrez@ccr-ny.org

>   Respectfully submitted,
>
>   ___/s/_____
>   Gitanjali S. Gutierrez (GG1234)
>   **CENTER FOR CONSTITUTIONAL RIGHTS**
>   666 Broadway, 7th Floor
>   New York, NY 10012
>   Tel.: (212) 614-6845
>   Fax: (212) 614-6499
>   E-mail: ggutierrez@ccr-ny.org
>
>   *Counsel for Petitioners*

Dated: Nov. 18, 2005

## CERTIFICATION OF REPRESENTATION WITHOUT COMPENSATION

Counsel for Petitioners certifies pursuant to L. Cv. R. 83.2(g), that she is representing Petitioners without compensation.

Dated:  Nov. 18, 2005

/s/
———————————————

Gitanjali S. Gutierrez (NY1234)
**CENTER FOR CONSTITUTIONAL RIGHTS**
666 Broadway, 7th Floor
New York, NY 10012
Tel.: (212) 614-6845
Fax: (212) 614-6499
E-mail: ggutierrez@ccr-ny.org