(u) I, Isa Ali Al Murbati hereby authorize Dorsey + Whitney LLP or attorneys designated by Dorsey + Whitney LLP to represent Muhammad Qasim, Abu Abdul Aziz, and Mazin Salih Al-Harbi.

(u) I make this authorization as next friend to Mr. Qasim, Mr. Abu Abdul Aziz (#278?) and Mr. Al-Harbi.

March 17, 2005

_____
Isa Ali Al-Murbati

**UNCLASSIFIED**