UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AHMED DOE, *et al.*,              )<br>                                                  )<br>          Petitioners,          )<br>                                                  )<br>     v.                                        )     Civil Action No. 05-1458 (ESH)<br>                                                  )<br>GEORGE W. BUSH, *et al.*,      )<br>                                                  )<br>          Respondents.          )<br>                                                  ) | |
| NABIL, *et al.*,                        )<br>                                                  )<br>          Petitioners,          )<br>     v.                                        )     Civil Action No. 05-1504 (RMC)<br>                                                  )<br>GEORGE W. BUSH, *et al.*,      )<br>                                                  )<br>          Respondents.          )<br>                                                  ) | |
| ABBAR SUFIAN AL HAWARY, *et al.*, )<br>                                                  )<br>          Petitioners,          )<br>                                                  )<br>     v.                                        )     Civil Action No. 05-1505 (RMC)<br>                                                  )<br>GEORGE W. BUSH, *et al.*,      )<br>                                                  )<br>          Respondents.          )<br>                                                  ) | |

| | |
|---|---|
| **SHAFIIQ**, *et al.*, )<br> )<br>             Petitioners, )<br> )<br>    v.                              )<br> )<br>**GEORGE W. BUSH**, *et al.*, )<br> )<br>             Respondents. )<br> ) | Civil Action No. 05-1506 (RMC) |
| **HAMID AL RAZAK**, *et al.*, )<br> )<br>             Petitioners, )<br> )<br>    v.                              )<br> )<br>**GEORGE W. BUSH**, *et al.*, )<br> )<br>             Respondents. )<br> ) | Civil Action No. 05-1601 (GK) |
| **SADAR DOE**, *et al.*, )<br> )<br>             Petitioner, )<br> )<br>    v.                              )<br> )<br>**GEORGE W. BUSH**, *et al.*, )<br> )<br>             Respondents. )<br> ) | Civil Action No. 05-1704 (JR) |

2

|  |  |
|---|---|
| **MUHAMMAED QASIM,** *et al.* ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> **GEORGE W. BUSH,** *et al.*, ) <br> ) <br> Respondents. ) <br> ) | Civil Action No. 05-1779 (JDB) |

## ORDER

It is this 1st day of December, 2005, hereby:

ORDERED: that, without objection, the hearing scheduled for <u>Monday, December 5, 2005, at 11:00 a.m. in Courtroom 3</u> is CONTINUED, pending further order.

/s/

Louis F. Oberdorfer
UNITED STATES DISTRICT JUDGE