# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MUHAMMED QASIM,<br>*Petitioner/Plaintiff*,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br>*Respondents/Defendants*. | )<br>)<br>)<br>)<br>)   Civil Action No. 05-CV-1779<br>)   (JDB) (LFO) (AK)<br>)<br>)<br>)<br>)<br>) |

### [PROPOSED] ORDER

Upon consideration of Petitioner's Motion to Enforce Order of November 4, 2005 Granting Access to Counsel and For Entry of Protective Order, it is

ORDERED that the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, first issued on November 8, 2004, (344 F. Supp. 2d 174 (D.D.C. 2004)), the Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, first issued on December 13, 2004, and the Order Addressing Designation Procedures for "Protected Information," first issued on November 10, 2004, in the *In re Guantanamo Bay Detainee Cases* shall be entered in this case; and, it is further

ORDERED that Respondents comply with the Order to Show Cause, dated November 4, 2005, and allow Petitioner Qasim's counsel to meet with him in person as soon as possible.

DATED:_____        _____
                              United States District Judge