10-05-1996 6:23AM    FROM CHAMBERLAIN 516 747 4582
2006-07-28 15:56    >>    2126146499    P 3/3

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MOHAMMED QASIM, et al.,                )
                                       )
                                       )
                                       )
*Petitioner/Plaintiff,*                )
                                       )
                                       )                **NOTICE OF APPEARANCE**
v.                                     )                **OF CO-COUNSEL**
                                       )
                                       )                Index No. 05-1779 (JDB)
GEORGE W. BUSH, *et al.,*              )
                                       )
*Respondents/Defendants.*             )

**PLEASE TAKE NOTICE** that the undersigned counsel, John Chamberlain, hereby withdraws as counsel for Petitioner in this matter. Petitioner will continue to be represented by co-counsels Gitanjali S. Gutierrez, Esq. and Barbara Olshansky, Esq. of the Center for Constitutional Rights.

Dated: ~~May~~ July 28, ___ 2006

By: _____
John Chamberlain
1399 Franklin Avenue
Suite 202
Garden City, New York 11530
Tel: (516) 248-2440
Email: jchmbrl5@aol.com

2006-07-28 15:34    GARDENCITY NY    516 747 4582