IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MUHAMMED QASIM,** | : | |
| Guantanamo Bay Naval Station, | : | |
| Guantanamo Bay, Cuba | : | CIVIL ACTION |
| Petitioner | : | (HABEAS CORPUS) |
| | : | |
| V. | : | |
| | : | No:   05-CV-01779 |
| **GEORGE W. BUSH, et. al.** | : | |
| President of the United States | : | |
| The White House | : | JUDGE JOHN D. BATES |
| 1600 Pennsylvania Avenue, N.W. | : | |
| Washington, D.C. 20500; | : | |
| | : | |

**NOTICE**

Pursuant to Judge Kessler's order of August 4, 2006, Petitioner hereby files this notice that counsel lacks a good-faith belief that any attorney-client communications occurred prior to 6/18/06.

                                                Respectfully submitted,

                                                /s/Billy H. Nolas
                                                Billy H. Nolas (DC 399275; PA 83177)
                                                Assistant Federal Defender
                                                Maureen Rowley (PA 33020)
                                                Chief Federal Defender
                                                Shawn Nolan (PA 56535)
                                                Assistant Federal Defenders
                                                Federal Community Defender Office for the
                                                Eastern District of Pennsylvania
                                                601 Walnut Street, Suite 545 West
                                                Philadelphia, PA 19106
                                                (215) 928-0520; (215) 928-1100

Dated: August 10, 2006

Certificate of Service

I hereby certify that a true and correct copy of the foregoing instrument has been served via the e-filing system on the following counsel of record for respondents:

Mr. Terry Henry
Ms. Preeya M. Noronha
US DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW
Room 7226
Washington, DC 20529-0001


/s/Billy H. Nolas
Billy H. Nolas

Dated:  August 10, 2006