IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MUHAMMED QASIM, *et al.*,<br><br>        Petitioners,<br><br>    v.<br><br>GEORGE W. BUSH,<br>    President of the United States,<br>    *et al.*,<br><br>        Respondents. | Civil Action No. 05-CV-1779 (JDB) |

**PROPOSED ORDER**

Upon consideration of respondents' Emergency Motion for Stay and Reconsideration of Magistrate Judge's August 2, 2006 Memorandum Order, it is hereby

ORDERED that the Magistrate Judge's Memorandum Order of August 2, 2006 is STAYED pending resolution of respondents' motion to reconsider the Memorandum Order.

IT IS SO ORDERED.


Dated: _____        _____
                                    JOHN D. BATES
                                    United States District Judge