IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MUHAMMED QASIM, *et al.*, | ) |
| Petitioners, | ) |
| v. | ) Civil Action No. 05-CV-1779 (JDB) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) |
| Respondents. | ) |

**PROPOSED ORDER**

Upon consideration of respondents' Emergency Motion for Stay and Reconsideration of Magistrate Judge's August 2, 2006 Memorandum Order, it is hereby

ORDERED that the Magistrate Judge's Memorandum Order of August 2, 2006 is STAYED pending resolution of respondents' motion to reconsider the Memorandum Order.

IT IS SO ORDERED.

Dated: _____    _____
JOHN D. BATES
United States District Judge