IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MUHAMMED QASIM, *et al.*,        )<br>                                                     )<br>            Petitioners,                      )<br>                                                     )<br>    v.                                              )<br>                                                     )<br>GEORGE W. BUSH,                     )<br>    President of the United States,    )<br>    *et al.*,                                       )<br>                                                     )<br>            Respondents.                 )<br>                                                     ) | Civil Action No. 05-CV-1779 (JDB) |

**<u>RESPONDENTS' RESPONSE TO THE COURT'S AUGUST 25, 2006 MINUTE ORDER</u>**

Respondents hereby submit the following response to the Court's August 25, 2006 Minute Order, requiring respondents to explain "whether petitioners' counsel was permitted to meet with Mr. Qasim at Guantanamo Bay during the week of August 21, 2006" and "[i]f such a meeting did in fact occur . . . how access to Mr. Qasim was obtained."

While counsel for respondents just learned of this matter and are still investigating, it appears that as a result either of an apparent unintentional oversight or possible failure in communications between government offices regarding counsel for petitioners' visit schedule,[1] counsel for petitioners were permitted to visit Muhammed Qasim during the afternoon of Wednesday, August 23, 2006.  Counsel for petitioners have represented to counsel for respondents that they were able to acquire a signed authorization of representation from Mr. Qasim during the visit, which is presently under review by the Privilege Team.  Therefore, if

---

[1] Upon entry of Magistrate Judge Kay's August 2, 2006 order requiring respondents to permit petitioners' counsel to visit petitioner Qasim, logistical arrangements were undertaken to permit the visit to occur.  Adjustments to those arrangements intended to be undertaken in light of the Court's August 11, 2006 Minute Order appear to have not been implemented.

counsel for petitioners' representation is accurate, respondents' motion for stay and reconsideration of Magistrate Judge Kay's August 2, 2006 Memorandum Order is moot. Respondents reserve their right to renew their motion and seek further relief, however, upon review of the authorization of representation.

Dated:  August 25, 2006                    Respectfully submitted,

                                                   PETER D. KEISLER
Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

   /s/ Preeya M. Noronha
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
EDWARD H. WHITE
ROBERT J. KATERBERG
ANDREW I. WARDEN
NICHOLAS J. PATTERSON
MARC A. PEREZ
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents