IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MUHAMMED QASIM** <br> Guantanamo Bay Naval Station, <br> Guantanamo Bay, Cuba <br>     Petitioner <br><br> V. <br><br> **GEORGE W. BUSH, et. al.** <br>     President of the United States <br>     The White House <br>     1600 Pennsylvania Avenue, N.W. <br>     Washington, D.C. 20500; | CIVIL ACTION <br> (HABEAS CORPUS) <br><br> No:   05-CV-01779 (JDB) <br><br> JUDGE JOHN D. BATES |

**ORDER FOR
PRODUCTION OF FACTUAL RETURNS**

AND NOW, this _____ day of _____, 2007, it is hereby **ORDERED** that petitioner's Motion to Compel Production of Factual Returns is **GRANTED** and it is further

**ORDERED** that respondents shall transmit factual returns to the Court and petitioner's counsel within thirty (30) days of the date of this order.

 

_____
JOHN D. BATES
United States District Court Judge