IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MUHAMMED QASIM, et al., | ) |
| Petitioners, | ) |
| v. | ) Civil Action No. 05-CV-1779 (JDB) |
| GEORGE W. BUSH, et al., | ) |
| Respondents. | ) |

**ORDER DENYING PETITIONER'S MOTION TO COMPEL PRODUCTION OF FACTUAL RETURNS**

It is hereby ordered that Petitioner's Motion to Compel Production of Factual Returns is DENIED.

IT IS SO ORDERED.

Dated: _____

_____
JOHN D. BATES
UNITED STATES DISTRICT JUDGE