# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MUHAMMED QASIM** <br> Guantanamo Bay Naval Station, <br> Guantanamo Bay, Cuba <br>     Petitioner <br><br> V. <br><br> **GEORGE W. BUSH, et. al.** <br>     President of the United States <br>     The White House <br>     1600 Pennsylvania Avenue, N.W. <br>     Washington, D.C. 20500; | CIVIL ACTION <br> (HABEAS CORPUS) <br><br> No:   05-CV-01779 (JDB) <br><br> JUDGE JOHN D. BATES |

## NOTICE OF FILING

Petitioner hereby notifies the Court and Respondent that *Petitioner's Response to Respondent's Supplement to Opposition to Petitioner's Motion to Compel Production of Factual Returns* has been sent by Federal Express to the Court Security Officer for delivery on February 15, 2007, at 2:47 pm.

                                        Respectfully submitted,

                                        /s/Billy H. Nolas  
                                        Billy H. Nolas (DC 399275; PA 83177)  
                                        Assistant Federal Defender  
                                        Maureen Rowley (PA 33020)  
                                        Chief Federal Defender  
                                        David McColgin (PA 42963)  
                                        Supervising Appellate Assistant Federal Defender  
                                        Cristi Charpentier (PA 62055)  
                                        Shawn Nolan (PA 56535)  
                                        Mark Wilson (PA 26887)  
                                        Assistant Federal Defenders  
                                        Federal Community Defender Office for the  
                                        Eastern District of Pennsylvania  
                                        601 Walnut Street, Suite 545 West  
                                        Philadelphia, PA 19106  
                                        (215) 928-0520; (215) 928-1100

Dated:  February 15, 2007