IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MUHAMMED QASIM** : <br> Guantanamo Bay Naval Station, : <br> Guantanamo Bay, Cuba : <br>     Petitioner : <br>  : <br>     V. : <br>  : <br> **GEORGE W. BUSH, et. al.** : <br>     President of the United States : <br>     The White House : <br>     1600 Pennsylvania Avenue, N.W. : <br>     Washington, D.C. 20500; : <br>  : | CIVIL ACTION <br> (HABEAS CORPUS) <br><br> No:    05-CV-01779 (JDB) <br><br> JUDGE JOHN D. BATES |

## NOTICE OF FILING

Petitioner hereby notifies the Court and Respondent that *Petitioner's Motion to Lift Stay of Proceedings and To Compel Immediate Release* has been sent by Federal Express to the Court Security Officer for delivery on February 20, 2007 at 12:00 pm.

Respectfully submitted,

/s/Billy H. Nolas
Billy H. Nolas (DC 399275; PA 83177)
Assistant Federal Defender
Maureen Rowley (PA 33020)
Chief Federal Defender
David McColgin (PA 42963)
Supervising Appellate Assistant Federal Defender
Cristi Charpentier (PA 62055)
Shawn Nolan (PA 56535)
Mark Wilson (PA 26887)
Assistant Federal Defenders
Federal Community Defender Office for the
Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520; (215) 928-1100

Dated:   February 16, 2007