IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MUHAMMED QASIM** <br> Guantanamo Bay Naval Station, <br> Guantanamo Bay, Cuba <br>     Petitioner <br> <br> V. <br> <br> **GEORGE W. BUSH, et. al.** <br>     President of the United States <br>     The White House <br>     1600 Pennsylvania Avenue, N.W. <br>     Washington, D.C. 20500; | CIVIL ACTION <br> (HABEAS CORPUS) <br> <br> No:   05-CV-01779 (JDB) <br> <br> JUDGE JOHN D. BATES |

NOTICE OF FILING

    Petitioner hereby notifies the Court and Respondent that *Petitioner's Motion to Maintain Stay and Hold Proceedings in Abeyance* has been sent by Federal Express to the Court Security Officer for delivery on April 11, 2007 at 12:00 pm.

                                          Respectfully submitted,

                                          /s/Billy H. Nolas
                                          Billy H. Nolas (DC 399275; PA 83177)
                                          Assistant Federal Defender
                                          Maureen Rowley (PA 33020)
                                          Chief Federal Defender
                                          David McColgin (PA 42963)
                                          Supervising Appellate Assistant Federal Defender
                                          Cristi Charpentier (PA 62055)
                                          Matthew Lawry (PA 87221)
                                          Shawn Nolan (PA 56535)
                                          Brett Sweitzer (PA 82601)
                                          Mark Wilson (PA 26887)
                                          Assistant Federal Defenders
                                          Federal Community Defender Office for the
                                          Eastern District of Pennsylvania
                                          601 Walnut Street, Suite 545 West
                                          Philadelphia, PA 19106
                                          (215) 928-0520; (215) 928-1100

Dated:   April 10, 2007