IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MUHAMMED QASIM** | : |
| Guantanamo Bay Naval Station, | : |
| Guantanamo Bay, Cuba | : CIVIL ACTION |
|     Petitioner | : (HABEAS CORPUS) |
| | : |
|     V. | : |
| | : No:   05-CV-01779 (JDB) |
| **GEORGE W. BUSH, et. al.** | : |
|     President of the United States | : |
|     The White House | : JUDGE JOHN D. BATES |
|     1600 Pennsylvania Avenue, N.W. | : |
|     Washington, D.C. 20500; | |

NOTICE OF FILING

Petitioner hereby notifies the Court and Respondent that *Petitioner's Opposition to Respondents' Motion to Dismiss Habeas Petition for Lack of Jurisdiction* has been sent by Federal Express to the Court Security Officer for delivery on April 27, 2007 at 12:00 pm.

                                                          Respectfully submitted,

                                                          /s/Billy H. Nolas
                                                          Billy H. Nolas (DC 399275; PA 83177)
                                                          Assistant Federal Defender
                                                          Maureen Rowley (PA 33020)
                                                          Chief Federal Defender
                                                          David McColgin (PA 42963)
                                                          Supervising Appellate Assistant Federal Defender
                                                          Cristi Charpentier (PA 62055)
                                                          Shawn Nolan (PA 56535)
                                                         Mark Wilson (PA 26887)
                                                         Assistant Federal Defenders
                                                          Federal Community Defender Office for the
                                                          Eastern District of Pennsylvania
                                                          601 Walnut Street, Suite 545 West
                                                          Philadelphia, PA 19106
                                                          (215) 928-0520; (215) 928-1100

Dated:   April 26, 2007