IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | : | |
|---|---|---|
| **MUHAMMED QASIM** | : | CIVIL ACTION |
| Guantanamo Bay Naval Station, | : | (HABEAS CORPUS) |
| Guantanamo Bay, Cuba | : | |
| Petitioner | : | |
| v. | : | |
| | : | No:   05-CV-01779 (JDB) |
| **GEORGE W. BUSH, et. al.** | : | |
| President of the United States | : | |
| The White House | : | JUDGE JOHN D. BATES |
| 1600 Pennsylvania Avenue, N.W. | : | |
| Washington, D.C. 20500; | : | |
| | : | |

**NOTICE OF FILING MEMORANDUM OF UNDERSTANDING AND
ACKNOWLEDGMENT TO THE AMENDED PROTECTIVE ORDER**

Petitioner hereby give notice to all parties of the filing of the attached *Memorandum of Understanding Regarding Access to Classified National Security Information* and signed *Acknowledgment*.

                                        Respectfully submitted,


                                        /s/Billy H. Nolas
                                        Billy H. Nolas (DC 399275; PA 83177)
                                        Assistant Federal Defender
                                        Maureen Rowley (PA 33020)
                                        Chief Federal Defender
                                        David McColgin (PA 42963)
                                        Supervising Appellate Assistant Federal Defender
                                        Cristi Charpentier (PA 62055)
                                        Shawn Nolan (PA 56535)
                                        Mark Wilson (PA 26887)
                                        Assistant Federal Defenders
                                        Federal Community Defender Office for the
                                        Eastern District of Pennsylvania
                                        601 Walnut Street, Suite 545 West
                                        Philadelphia, PA 19106
                                        (215) 928-0520; (215) 928-1100

Dated:   May 10, 2007

Certificate of Service

I hereby certify that a true and correct copy of the foregoing instrument has been served via the e-filing system on the following counsel of record for respondents:

Mr. Terry Henry
US DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW
Room 7226
Washington, DC 20529-0001

/s/Billy H. Nolas
Billy H. Nolas

Dated: May 10, 2007