IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MUHAMMED QASIM, *et al.*,  )  |  |  |
| )  |  |  |
| Petitioners,  )  |  |  |
| )  |  |  |
| v.  )  | Civil Action No. 05-1779 (JDB) |  |
| )  |  |  |
| GEORGE W. BUSH,  )  |  |  |
| President of the United States,  )  |  |  |
| *et al.*,  )  |  |  |
| )  |  |  |
| Respondents.  )  |  |  |

## NOTICE OF TRANSFER OF PETITIONER

Respondents hereby provide notice that the United States has relinquished custody of petitioner Muhammed Qasim (ISN 955) and transferred him to the control of the Government of Afghanistan.


Dated: November 13, 2007         Respectfully submitted,

                                 PETER D. KEISLER
                                 Assistant Attorney General

                                 DOUGLAS N. LETTER
                                 Terrorism Litigation Counsel

                                   /s/ *Andrew I. Warden*
                                 JOSEPH H. HUNT (D.C. Bar No. 431134)
                                 VINCENT M. GARVEY (D.C. Bar No. 127191)
                                 JUDRY L. SUBAR (D.C. Bar 347518)
                                 TERRY M. HENRY
                                 JEAN LIN
                                 JAMES J. SCHWARTZ (D.C. Bar No. 468625)
                                 ROBERT J. KATERBERG
                                 ANDREW I. WARDEN (IN Bar No. 23840-49)
                                 NICHOLAS A. OLDHAM

JAMES C. LUH
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents