UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE:

PETITIONERS SEEKING HABEAS
CORPUS RELIEF IN RELATION TO
PRIOR DETENTIONS AT
GUANTANAMO BAY

Misc. No. 08-0444 (TFH)

Civil Action No. 05-CV-1779 (JDB)

## STATUS REPORT ON BEHALF OF
## PETITIONER MOHAMMED QASIM

Pursuant to the Order of this Court dated July 3, 2008, undersigned counsel for Petitioner Mohammed Qasim submits this status report:

1. Mohammed Qasim filed his petition for writ of habeas corpus on September 6, 2005. Mr. Qasim was transferred from Guantanamo Bay to Afghanistan on November 5, 2007, where he was placed in custody in Policharky Prison in Kabul. On March 30, 2008, Mr. Qasim was released from custody, and he currently resides with his family in Paktia Province, Afghanistan.

2. Although Mr. Qasim has been released from custody, he continues to suffer collateral consequences resulting from his improper designation and detention as an "enemy combatant." Mr. Qasim wishes to pursue relief and challenge this designation through his petition for writ of habeas corpus in order to address these collateral consequences.

3. Counsel understands that the government will likely file a motion to dismiss the habeas petition on the ground that Mr. Qasim has been released. If the government files such a motion, counsel requests 30 days in which to file a response in opposition.

4. On December 27, 2006, counsel filed a Motion to Compel Production of Factual

Returns (Doc # 35). The government filed a memorandum in opposition that same date (Doc # 36). There has been no ruling on the motion, and counsel still has not received any factual return in this case. Once this Court rules on the government's motion to dismiss (if such a motion is filed) counsel requests that the Court grant the motion for factual returns.

        Respectfully submitted,

/s/Billy H. Nolas
Billy H. Nolas (DC 399275; PA 83177)
Assistant Federal Defender
Maureen Rowley (PA 33020)
Chief Federal Defender
David McColgin (PA 42963)
Shawn Nolan (PA 56535)
Cristi Charpentier (PA 62055)
Matthew Lawry (PA 87221)
Assistant Federal Defenders
Federal Community Defender Office for the
Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520; (215) 928-1100

Dated: July 14, 2008

Certificate of Service

    I hereby certify that a true and correct copy of the foregoing instrument has been served via the e-filing system on the following counsel of record for respondents:

Mr. Terry Henry<br>
US DEPARTMENT OF JUSTICE<br>
20 Massachusetts Avenue, NW<br>
Room 7144<br>
Washington, DC 20530

/s/Billy H. Nolas
Billy H. Nolas

Dated: July 14, 2008